1
2
3
4
5
6
# UNITED STATES DISTRICT COURT
7
## DISTRICT OF NEVADA
8
9   PERCY LAVAE BACON,
10      *Petitioner*,                              2:07-cv-00821-KJD-RJJ
11  vs.
12                                                 ORDER
13  HOWARD SKOLINIK, *et al.,*
        *Respondents*.
14
15      This closed habeas matter under 28 U.S.C. § 2254 comes before the Court following
16  upon a purported judicial notice filed by petitioner that was docketed as a motion (#109).
17      The present filing rehashes arguments or makes variations on arguments that
18  petitioner made in prior filings (## 103 & 107) that the Court has rejected with assigned
19  reasons (## 106 & 108) and as to which the Court of Appeals has denied a certificate of
20  appealability (#113).  As noted in the Court's prior order (#108), a "judicial notice" further is
21  a fugitive document.
22      IT THEREFORE IS ORDERED that the filing docketed as a motion (#109) is DENIED.
23  A certificate of appealability also is DENIED as to any appeal as to this frivolous filing.
24          DATED: 8/8/11
25
26
27                                      _____
                                        KENT J. DAWSON
28                                      United States District Judge